# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| TACTICAL SOLUTIONS INCORPORATED, | § § § | |
| PLAINTIFF, | § § | Case No. 3:22-cv-00015 |
| VS. | § § | |
| TECHNOLOGY SERVICE CORPORATION, | § § § | |
| DEFENDANT. | § | |

## DECLARATION OF LONDON PROPST

My name is London Propst and I am greater than 18 years of age and am otherwise competent to make this declaration. Unless otherwise noted, the facts stated herein are within my personal knowledge, or are based upon my knowledge of corporate information and activities as a Vice President for Technology Service Corporation ("the Company").

1.     An incomplete copy of the Plaintiff's original petition was originally received at the Arlington, Va. office of the Company on or around December 6, 2021, but it was not addressed to or received by the company's designated agent for service, as evidenced by the attached exhibits showing the United States Postal Service envelope and tracking information for the delivered item, as attached at Exhibits 1-a, 1-b, 1-c, and 1-d;

2.     The pleading as received lacked the exhibits listed as "A" and "A-1" in the petition. A true, correct and complete copy of the original petition as received can be seen at Exhibit 2, attached to this declaration;

3.     Technology Service Corporation is a Delaware entity, and does not have, and has not had, any principal place of business or principal office within the State of Texas at any time

# EXHIBIT 1

relevant to the allegations made in the Plaintiff's Original Petition. Nor does the Company have,

nor has it had, a registered agent for service within the State of Texas at any time relevant to the

allegations of the Plaintiff.

    4.  I declare under penalty of perjury that the foregoing is true and correct.

Signed this 5th Day of January, 2022, by:

London
Propst:A01097C0000015A3
E9AF7BF00009CFC

Digitally signed by London
Propst:A01097C0000015A3E9AF7B
F00009CFC
Date: 2022.01.05 12:46:33 -05'00'

LONDON PROPST
Vice President & Corporate Counsel
Technology Service Corporation

2
**EXHIBIT 1**



**PRIORITY MAIL**

FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT

P S 0 0 0 0 1 0 0 0 0 1 2

EP14B July 2013
OD: 10 x 6

★ Domestic only.   ✕ For International shipments, the maximum weight is 4 lbs.

UNITED STATES
POSTAL SERVICE ®

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Brandon W Gleason-President for
Technology Services Corporation
251 18th Street, Ste. 705
Arlington, VA 22202

9590 9402 5220 9122 4218 66

2. Article Number (Transfer from service label)
7019 1120 0000 0705 1309

PS Form 3811, July 2015 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                      ☐ Agent
                                       ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

DEC - 7 2021

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted
  Delivery
☐ Return Receipt for
  Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation
  Restricted Delivery

Domestic Return Receipt

**EXHIBIT 1-a**



**EXHIBIT 1-b**



**EXHIBIT 1-c**



**EXHIBIT 1-d**