IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| TACTICAL SOLUTIONS, INCORPORATED,<br><br>    Plaintiff,<br><br>v.<br><br>TECHNOLOGY SERVICE COPORATION,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§     CAUSE NO. EP-22-CV-15-KC<br>§<br>§<br>§<br>§<br>§ |

**FINAL JUDGMENT**

In accordance with the Order the Court signed on June 20, 2022, ECF No. 25, the Court enters its Final Judgment, pursuant to Federal Rule of Civil Procedure 58, as follows:

**IT IS ORDERED** that Plaintiff's civil case is **DISMISSED**.

**IT IS FURTHER ORDERED** that all pending motions, if any, are **DENIED** as moot.

The Clerk shall close the case.

**SO ORDERED.**

SIGNED this 21st day of June, 2022.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE